```
                                    FILED
                              CLERK, U.S. DISTRICT COURT

                                  March 12, 2021

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY:      KC       DEPUTY
```

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office
SONAH LEE (Cal. Bar No. 246024)
Assistant United States Attorney
Riverside Branch Office
     3403 Tenth Street, Suite 200
     Riverside, California 92501
     Telephone:  (951) 276-6924
     Facsimile:  (951) 276-6202
     E-mail:     Sonah.Lee@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. ED 21-MJ-54; |
| | Case No. ED 21-CR-46-JGB |
| Plaintiff, | |
| | ORDER DISMISSING THE CRIMINAL COMPLAINT |
| v. | |
| ALEJANDRO SANCHEZ DIAZ, aka "Alex Sanchez," | |
| Defendant. | |

In the interest of justice, the Court dismisses, without prejudice, the criminal complaint filed as Docket no. 1 in Case No. ED 21-CR-46-JGB and Case No. ED 21-MJ-54.  The indictment filed as Docket no. 15 in Case No. ED 21-CR-46-JGB remains in place. Defendant shall be brought to court for an initial appearance on the charges alleged in the indictment.

IT IS SO ORDERED.

_March 12, 2021_                          _____
DATE                                      Sheri Pym
                                          UNITED STATES MAGISTRATE JUDGE

1

1    ~~IN CASE OF DENIAL:~~
2    ~~The government's motion to dismiss the criminal complaint is~~
3    ~~denied.~~
4    ~~IT IS SO ORDERED.~~

_____     _____
 DATE                                UNITED STATES MAGISTRATE JUDGE

Presented by:

  /S/
_____
 SONAH LEE
 Assistant United States Attorney